# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL JESUS APPEL,<br><br>Defendant. | Case No. 5:21-cr-00105-JGB<br><br>**ORDER OF DETENTION** |

On July 23, 2021, Defendant Manuel Jesus Appel made his initial appearance on the Indictment filed in this matter. Robert Bernstein of the Indigent Defense Panel was appointed to represent Defendant. Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

⊠ the appearance of the defendant as required.

⊠ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

⊠ unknown background information, as Defendant declined to interview unless in the presence of an attorney.

⊠ unknown bail resources.

⊠ in or around October 2020, Defendant sustained a pretrial release violation and was subsequently remanded into custody.

As to danger to the community:

☒ currently serving a federal sentence, having been convicted of a federal controlled substance related statute (Class B Felony) in the Southern District of California

☒ prior violation of pretrial release conditions.

☒ seriousness of current charges.

It is therefore ORDERED that Defendant Manuel Jesus Appel be detained until trial.  The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  *See* 18 U.S.C. § 3142(i).

Dated: July 23 , 2021

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

3